UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOLITA CABRERA,<br><br>                              Plaintiff,<br><br>             -against-<br><br>FREEDOM MORTGAGE CORP., et al.,<br><br>                              Defendants. | 23-cv-10556 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Plaintiff's motion for default judgment as to Defendants Freedom Mortgage Corp. and Mortgage Electronic Registrations Inc. ECF No. 6. Per Local Civil Rules 55.1 and 55.2 of the Southern District of New York, Plaintiff should first obtain a clerk's certificate of default, after which she should file her motion for default judgment and memorandum of law in support of the motion separately. Sample forms for a request for a clerk's certificate of default and affirmation in support of such a request are available on the Court's website at https://www.nysd.uscourts.gov/forms. Plaintiff may be able to obtain assistance through the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants, available by telephone at 212-659-6190. Information about the Pro Se Clinic is available on the Court's website at https://www.nysd.uscourts.gov/attorney/legal-assistance.

The present motion is denied and the Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 6 and to mail a copy of this Order to Plaintiff.

Dated: January 2, 2024
            New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                _____
                                                JENNIFER L. ROCHON
                                                United States District Judge